UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY E. McCLOREY,

    Plaintiff,

                                                  Civil No. 05-74246
                                                  Hon. John Feikens

    v.

JO ANNE B. BARNHART,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      After review of the objections to the magistrate's report and recommendation and the parties' briefs, as well as the report and record, I find the reasoning of the magistrate to be correct.  Therefore, I DENY the objections and ADOPT the report and recommendation of the magistrate in full.  **IT IS SO ORDERED.**

Date:  July 27, 2006                               s/John Feikens
                                                      United States District Judge

> Proof of Service
>
> I hereby certify that the foregoing order was served on the attorneys/parties of record on July 26, 2006, by U.S. first class mail or electronic means.
>
>                               s/Carol Cohron
>                               Case Manager